1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC. and L.C. LICENSING,<br><br>Plaintiff,<br><br>v.<br><br>SAM PARK, ET AL.,<br><br><br><br><br><br>Defendants, | Case No. CV08-08609-AHM (FMOx)<br><br>PERMANENT INJUNCTION<br><br>Before the Hon. A. Howard Matz |

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the Defendant Jhon Bae, Individually and dba Amezue Accessories and Axcess Inc. ("defendant") and their agents, servants, employees, representatives, successors and assignees, and all those acting in concert or participation with them shall be, and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying or making any other counterfeit distribution of Juicy

1

PERMANENT INJUNCTION

Couture, Inc. and L.C. Licensing items protected by Juicy's registered trademarks and service marks, including but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 2,978,046

(2) 2,348,674

(3) 2,285,232

or any other works now or hereafter protected by any of Juicy's trademarks;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any apparel, item or thing bearing any simulation, reproduction, counterfeit, copy or colorable imitation of any of Juicy's registered trademarks or service mark, including but not limited to, the Trademark and Service Mark Registration Nos. Listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy or colorable imitation of Juicy's registered trademarks or service mark including , but not limited to, the Trademark and Service Mark Registration Nos. Listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion or display of any Juicy Products, item or thing not authorized or licensed by Juicy;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any product, item or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Juicy, when such is not true in fact;

(e) using the names, logos, or other variations thereof of any of Juicy's trademark-protected products the defendant's trade names;

(f) engaging in any other activity constituting an infringement of any of Juicy's trademarks, service mark and/or copyrights, or of Juicy's rights in, or right to use or to exploit these trademarks, service mark, and/or constituting any dilution of Juicy's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

Dated:  October 6, 2009

_____
A. Howard Matz
UNITED STATES DISTRICT JUDGE