O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-8609-AHM (FMOx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | Juicy Couture v. Sam Park, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Leandra Amber | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| | |

**Proceedings:**            MOTION FOR DEFAULT JUDGMENT [46]

Cause called.  Appearance made by counsel for plaintiff; no appearance by defendant.

Court orders counsel to submit a proposed Judgment.

|  | : | 2 |
|---|---|---|
| Initials of Preparer | | se |